UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA NAVARRO MATTA,

    Plaintiff,

v.                                                          Case No.:  8:24-cv-164-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **OPINION AND ORDER**

This matter is before the Court on the joint Motion for Remand, filed on October 1, 2024. (Doc. 27). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 5). The parties request that this Court remand the action for further administrative proceedings, which includes directing the administrative law judge to reevaluate the medical evidence as necessary, offer Plaintiff an opportunity for a hearing, and issue a new decision. The Court will grant the motion.

Accordingly, it is **ORDERED**:

(1)    The Motion for Remand (Doc. 27) is **GRANTED.**

(2) Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings as directed above.

(3) The Clerk of Court is directed to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 1, 2024.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties